IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HURT, | No. C 12-04186 WHA |
| Plaintiff, | |
| v. | **ORDER REVOKING IN FORMA PAUPERIS STATUS ON APPEAL** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pro se plaintiff Tyrone Hurt filed a complaint that alleges a number of disparate concerns about violations of the United States Constitution, Humanitarian Order, and World Order. The complaint includes the following allegations: that Jim Crow laws seek to disenfranchise eligible voters in violation of the United States Constitution; that the execution of Troy Davis on 9/11 was unconstitutional, as is the death penalty; that children born to "legitimate pregnancy" have constitutional rights to proper feedings to eliminate childhood obesity, regardless of their race; that HIV and AIDS should be eliminated "in the name of human rights"; and that the "erroneousness" of public school "resegregation" is "in violation of world order." By way of relief, plaintiff asks that the United States Constitution, Humanitarian Order, and World Order be complied with, and that he receive one million dollars. Plaintiff's complaint is frivolous, and fails to allege a single cognizable claim. *See* 28 U.S.C. Section 1915(e)(2)(B).

The magistrate judge issued a report and recommendation, to which plaintiff filed an untimely objection. Plaintiff's objections consisted of conclusory statements and citations to the

1  Constitution, 28 U.S.C. Section 1915, and a number of dictionaries, none of which rehabilitated
2  any of the complaint's allegations. Plaintiff's complaint was dismissed with prejudice.
3      Plaintiff's appeal is similarly frivolous. Accordingly, plaintiff's in forma pauperis status
4  is hereby **REVOKED**.

6      **IT IS SO ORDERED.**

8  Dated: December 5, 2012.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE